# EXHIBIT D

Case 3:18-cv-00080-RP-SBJ   Document 1-4   Filed 08/06/18   Page 2 of 9

**From:** Kutcher, Andrew M
**Sent:** Wednesday, June 13, 2018 4:02 AM
**To:** Schrock, Katrina N <████████@uiowa.edu>
**Cc:** Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; ████████ <████████@uiowa.edu>; ████████ <████████@uiowa.edu>; ████████ <████████@uiowa.edu>; kkummer50@████████; King, Laurynn L <laurynn-king@uiowa.edu>
**Subject:** Re: InterVarsity Graduate Christian Fellowship Governing Documents

Hi Katrina,

We encouraged groups to get there governing documents submitted by the 13th in order for us to have time to review them and provide feedback prior to the 15th deadline. The 15th is our deadline for groups not wanting to be deregistered.

The form to submit will remain open for groups that go deregistered to submit after June 15. If a group goes deregistered they will become reregistered when they submit governing documents compliant with the Human Rights Clause.

Hope this makes sense. Please let me know what questions you have.

Best,

Andy


On Jun 12, 2018, at 11:45 PM, Schrock, Katrina N <████████@uiowa.edu> wrote:

Andy,

 In an email from Laurynn this morning we were told "**The updated document(s) are due tomorrow, June 13 th or your student organization will be placed on unregistered status.**" However, an earlier email from you, dated June 1st, said: "The deadline to submit changes is **June 15, 2018, or your RSO will be de-registered.** If de-registered, registration can be reinstated by using the link above to submit governing documents with the Human Rights Clause and no language that is considered contradictory to the Human Rights Clause.**"** Can you please confirm that we have until the close of business on June 15?

 Thank you,

Katrina


**From:** Student Organization Help & Information
**Sent:** Tuesday, June 12, 2018 4:05 PM
**To:** Schrock, Katrina N <████████@uiowa.edu>; Student Organization Help & Information <CSIL-

Student-Org@uiowa.edu>; Kutcher, Andrew M <andrew-kutcher@uiowa.edu>
**Cc:** ▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮@uiowa.edu>; ▮▮▮▮▮ <s▮▮▮▮▮@uiowa.edu>; ▮▮▮▮▮ <▮▮▮▮▮▮▮@uiowa.edu>; kkummer50@▮▮▮▮▮
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

HI Katrina,

I just received word that we would not approve the change in language you proposed. Student orgs are free to express whatever language they desire in their mission/purpose, but the University and the Center for Student Involvement and Leadership must enforce our Human Rights Clause when it comes to leadership and membership.

I also wanted to let you know that I am out of the office starting tomorrow and will be back in on Tuesday. I will be doing my best to check email while away and would be happy to answer any further questions or address any concerns. I've copied my University And email address to this email in order to be able to follow up.

Best,

Andy


**From:** Schrock, Katrina N
**Sent:** Tuesday, June 12, 2018 11:25 AM
**To:** Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮@uiowa.edu>; ▮▮▮▮▮ <▮▮▮▮▮@uiowa.edu>; ▮▮▮▮▮ <▮▮▮▮▮▮▮@uiowa.edu>; kkummer50@▮▮▮▮▮
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Andy,

Thank you for your clarification! Obviously, I will need to discuss any changes with the rest of the leadership team, but I do have a question. Would changing the language of the constitution from "must subscribe…" to something like "are requested to subscribe…" or "are strongly encouraged to subscribe…" make it so that the constitution is no longer contradictory? Again, I will need to discuss changes, but your input on this matter is greatly appreciated.

Thank you,

Katrina

**From:** Student Organization Help & Information
**Sent:** Tuesday, June 12, 2018 11:19 AM
**To:** Schrock, Katrina N <██████@uiowa.edu>; Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ██████ <██████@uiowa.edu>; ██████ <██████@uiowa.edu>; ██████ <██████@uiowa.edu>; kkummer50@██████
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Katrina,

I recognize the wish to have leadership requirements based on Christian beliefs, however Registered Student Organizations are considered University of Iowa programs and thus must follow the Human Rights Clause in its entirety. Having a restriction on leadership related to religious beliefs is contradictory to that clause.

I'm happy to chat further about this and provide any information I can.

Best,

Andy

---

**Andy Kutcher, M.Ed.**
*he, him, his*

Coordinator for Student Organization Devleopment
Center for Student Involvement & Leadership
andrew-kutcher@uiowa.edu
http://csil.uiowa.edu

<image001.jpg>145 Iowa Memorial Union
Iowa City, Iowa 52242-1317
319-335-3059 Fax 319-353-2245
getinvolved@uiowa.edu

Adaptability | Harmony |Positivity | Consistency | Arranger

Schedule an appointment with me

---

**From:** Schrock, Katrina N
**Sent:** Tuesday, June 12, 2018 11:02 AM
**To:** Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ██████ <██████@uiowa.edu>; ██████ <██████@uiowa.edu>; ██████ <██████@uiowa.edu>; kkummer50@██████
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Andy,

I would guess that the issues you see involve potential contradictions to the part of the Human Rights Clause that states: "In no aspect of its programs shall there be any difference in the treatment of

persons…". From my reading, the language of the constitution does not contradict the later part of the Clause, which states: "…equal access to membership, programming, facilities, and benefits shall be open to all persons". Membership, events, and other facets of the group are not restricted – the only restriction is specifically for leadership positions.

While I understand that this leadership restriction can be construed as a difference in treatment, it is also important to have Christian leadership in a Christian organization. We do not in any way discourage those who may not subscribe to the basis of faith in Article II from participating in IVGCF as members, but we do recognize that having Christian leadership is important to the fulfillment of our purpose.

The above are my thoughts, but I am open to having further dialogue on the matter.

Katrina

**From:** Student Organization Help & Information
**Sent:** Tuesday, June 12, 2018 10:43 AM
**To:** Schrock, Katrina N <██████████@uiowa.edu>; Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ██████████ <██████████@uiowa.edu>; ██████ <██████@uiowa.edu>; ████ <██████████@uiowa.edu>; kkummer50@████████
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Katrina,

On my initial review I see several issues. As part of compliance with the Human Rights Clause, organizations cannot have any language deemed contradictory to that Clause. I'm seeing potential contradictory language in Articles II, III, IV and VII. The language is directly related to the ability to become a member or to hold leadership positions.

Please let me know your thoughts, questions or concerns. I want to make sure this is clear.

Best,

Andy


**From:** Schrock, Katrina N
**Sent:** Tuesday, June 12, 2018 10:27 AM
**To:** Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ██████████ <██████████@uiowa.edu>; ██████ <██████@uiowa.edu>; ██

▓▓▓ <▓▓▓@uiowa.edu>; kkummer50@▓▓▓

**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Andy,

I've now used the form you linked to submit the updated constitution. Please let me know if there is anything else you need from us, and thank you for your quick reply and for checking into the submission.

Katrina

---

**From:** Student Organization Help & Information
**Sent:** Tuesday, June 12, 2018 10:06 AM
**To:** Schrock, Katrina N <▓▓▓@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ▓▓▓ <▓▓▓@uiowa.edu>; ▓▓▓ <▓▓▓@uiowa.edu>; ▓▓▓ <▓▓▓@uiowa.edu>; kkummer50@▓▓▓; Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Hi Katrina,

Did you use the OrgSync form (https://orgsync.com/14241/forms/311661) to submit? I'm not seeing your submission in the form or on the InterVarsity Graduate Christian Fellowship's OrgSync portal.

Best,

Andy

---

**From:** Schrock, Katrina N
**Sent:** Tuesday, June 12, 2018 9:25 AM
**To:** King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ▓▓▓ <▓▓▓@uiowa.edu>; ▓▓▓ <▓▓▓@uiowa.edu>; ▓▓▓ <▓▓▓@uiowa.edu>; kkummer50@▓▓▓; Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Laurynn,

I was under the impression that the InterVarsity Graduate Christian Fellowship's constitution had been updated with the Human Rights clause, and submitted to OrgSync on either the 1st or 2nd of June. If this is not the case, I would appreciate if you would let me know as soon as possible, so that we can make the required changes.

Thank you,

Katrina

**From:** King, Laurynn L
**Sent:** Tuesday, June 12, 2018 9:15 AM
**To:** ██████████ <█████████@uiowa.edu>; ██████████ <███████@uiowa.edu>
**Cc:** Schrock, Katrina N <█████████@uiowa.edu>; ██████████ <██████@uiowa.edu>; ███████ <██████@uiowa.edu>; ████████ <████████@uiowa.edu>; kkummer50@████████; Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Thank you for your reply, ██████. It is important to keep your OrgSync profile updated with your new leadership team's contact information up-to-date, so we are able to reach out to the most current representatives.

Enjoy your day,

Laurynn

---

**Laurynn King**
*she, her, hers*

Administrative Services Coordinator
Center for Student Involvement & Leadership
lauryn-king@uiowa.edu
http://csil.uiowa.edu
Relator // Competition // Futuruistic // Woo // Belief


157 Iowa Memorial Union
Iowa City, Iowa 52242-1317
319-335-3059 Fax 319-353-2245
getinvolved@uiowa.edu

---

**From:** ████████████
**Sent:** Tuesday, June 12, 2018 9:11 AM
**To:** King, Laurynn L <lauryn-king@uiowa.edu>; ██████████ <█████████@uiowa.edu>
**Cc:** Schrock, Katrina N <█████████@uiowa.edu>; ██████████ <██████@uiowa.edu>; ███████ <██████@uiowa.edu>; ████████ <████████@uiowa.edu>; kkummer50@████████
**Subject:** Re: InterVarsity Graduate Christian Fellowship Governing Documents

Hi Laurynn,

We forwarded the original email to the current leadership team. Both ███████ and I are no longer serving on the team. I believe they were working on updating this information, but I have CC'd them on this email.

Thanks,

███████

Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------

From: "King, Laurynn L" <laurynn-king@uiowa.edu>
Date: 6/12/18 8:44 AM (GMT-06:00)
To: "███████████████████" <███████████@uiowa.edu>, "████████████████████" <████████████████@uiowa.edu>
Subject: InterVarsity Graduate Christian Fellowship Governing Documents


███████████ –

 I am following up to several communications our office has sent regarding InterVarsity Graduate Christian Fellowship Governing Documents on campus. Our office has you listed as contacts for this student organization.

 We've sent a few e-mails, and also left voicemails, over the past few months regarding the need to update the organization's governing documents to include the University of Iowa's Human Rights clause. ***The updated document(s) are due tomorrow, June 13th or your student organization will be placed on unregistered status.***

 Please let me know a status update on these documents, or if you have any questions regarding the updates, and I can assist you.

 Thank you in advance,

 Laurynn

**Laurynn King**
*she, her, hers*

Administrative Services Coordinator
Center for Student Involvement & Leadership
laurynn-king@uiowa.edu
http://csil.uiowa.edu
Relator // Competition // Futuruistic // Woo // Belief

&lt;image002.jpg&gt;
157 Iowa Memorial Union
Iowa City, Iowa 52242-1317
319-335-3059 Fax 319-353-2245
getinvolved@uiowa.edu

Notice: This UI Health Care e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy all copies of the original message and attachments thereto. Email sent to or from UI Health Care may be retained as required by law or regulation. Thank you.