# EXHIBIT E

From: **Student Organization Help & Information** <CSIL-Student-Org@uiowa.edu>
Date: Tue, Jun 12, 2018 at 1:07 PM
Subject: RE: InterVarsity Graduate Christian Fellowship Governing Documents
To: "Schrock, Katrina N" <████████@uiowa.edu>, Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>, "King, Laurynn L" <laurynn-king@uiowa.edu>
Cc: "████████" <████████@uiowa.edu>, "██████" <██████@uiowa.edu>, "████████" <████████@uiowa.edu>, "kkummer50@████████" <kkummer50@████████>

HI Katrina,

I would say go ahead and discuss that with the rest of your leadership and I'll discuss it with our university attorney to make sure they are on board. I don't want to tell you something that is incorrect.

Best,

Andy

**From:** Schrock, Katrina N
**Sent:** Tuesday, June 12, 2018 11:25 AM
**To:** Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ████████ <████████@uiowa.edu>; ██████ <██████@uiowa.edu>; ██████ <████████@uiowa.edu>; kkummer50@████████
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

 Andy,

 Thank you for your clarification!  Obviously, I will need to discuss any changes with the rest of the leadership team, but I do have a question.  Would changing the language of the constitution from "must subscribe…" to something like "are requested to subscribe…" or "are strongly encouraged to subscribe…" make it so that the constitution is no longer contradictory?  Again, I will need to discuss changes, but your input on this matter is greatly appreciated.

 Thank you,

Katrina


**From:** Student Organization Help & Information
**Sent:** Tuesday, June 12, 2018 11:19 AM
**To:** Schrock, Katrina N <████████@uiowa.edu>; Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ████████ <████████@uiowa.edu>; ██████ <██████@uiowa.edu>; ██

▇▇▇▇ <▇▇▇▇▇▇@uiowa.edu>; kkummer50@▇▇▇▇▇
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Katrina,

I recognize the wish to have leadership requirements based on Christian beliefs, however Registered Student Organizations are considered University of Iowa programs and thus must follow the Human Rights Clause in its entirety. Having a restriction on leadership related to religious beliefs is contradictory to that clause.

I'm happy to chat further about this and provide any information I can.

Best,

Andy

---

| | |
|---|---|
| **Andy Kutcher, M.Ed.** <br> *he, him, his* <br><br> Coordinator for Student Organization Devleopment <br> Center for Student Involvement & Leadership <br> andrew-kutcher@uiowa.edu <br> http://csil.uiowa.edu | 145 Iowa Memorial Union <br> Iowa City, Iowa 52242-1317 <br> 319-335-3059  Fax 319-353-2245 <br> getinvolved@uiowa.edu |

Adaptability | Harmony |Positivity | Consistency | Arranger

Schedule an appointment with me


**From:** Schrock, Katrina N
**Sent:** Tuesday, June 12, 2018 11:02 AM
**To:** Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** ▇▇▇▇▇▇▇▇ <▇▇▇▇▇▇▇@uiowa.edu>; ▇▇▇▇▇ <▇▇▇▇▇@uiowa.edu>; ▇▇▇ <▇▇▇▇▇▇@uiowa.edu>; kkummer50@▇▇▇▇▇
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents


Andy,

I would guess that the issues you see involve potential contradictions to the part of the Human Rights Clause that states: "In no aspect of its programs shall there be any difference in the treatment of persons…". From my reading, the language of the constitution does not contradict the later part of the Clause, which states: "…equal access to membership, programming, facilities, and benefits shall be open

to all persons". Membership, events, and other facets of the group are not restricted – the only restriction is specifically for leadership positions.

While I understand that this leadership restriction can be construed as a difference in treatment, it is also important to have Christian leadership in a Christian organization. We do not in any way discourage those who may not subscribe to the basis of faith in Article II from participating in IVGCF as members, but we do recognize that having Christian leadership is important to the fulfillment of our purpose.

The above are my thoughts, but I am open to having further dialogue on the matter.

Katrina


**From:** Student Organization Help & Information
**Sent:** Tuesday, June 12, 2018 10:43 AM
**To:** Schrock, Katrina N <​​​​​​​​​@uiowa.edu>; Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** <​​​​​​​​​@uiowa.edu>; <​​​​​@uiowa.edu>; <​​​​​​​​​@uiowa.edu>; kkummer50@
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Katrina,

On my initial review I see several issues. As part of compliance with the Human Rights Clause, organizations cannot have any language deemed contradictory to that Clause. I'm seeing potential contradictory language in Articles II, III, IV and VII. The language is directly related to the ability to become a member or to hold leadership positions.

Please let me know your thoughts, questions or concerns. I want to make sure this is clear.

Best,

Andy


**From:** Schrock, Katrina N
**Sent:** Tuesday, June 12, 2018 10:27 AM
**To:** Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** <​​​​​​​​​@uiowa.edu>; <​​​​​@uiowa.edu>; <​​​​​​​​​@uiowa.edu>; kkummer50@
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Andy,

I've now used the form you linked to submit the updated constitution.  Please let me know if there is anything else you need from us, and thank you for your quick reply and for checking into the submission.

Katrina


**From:** Student Organization Help & Information
**Sent:** Tuesday, June 12, 2018 10:06 AM
**To:** Schrock, Katrina N <@uiowa.edu>; King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** <@uiowa.edu>; <@uiowa.edu>; <@uiowa.edu>; kkummer50@  Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Hi Katrina,

Did you use the OrgSync form (https://orgsync.com/14241/forms/311661) to submit? I'm not seeing your submission in the form or on the InterVarsity Graduate Christian Fellowship's OrgSync portal.

Best,

Andy


**From:** Schrock, Katrina N
**Sent:** Tuesday, June 12, 2018 9:25 AM
**To:** King, Laurynn L <laurynn-king@uiowa.edu>
**Cc:** <@uiowa.edu>; <@uiowa.edu>; <@uiowa.edu>; kkummer50@  Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Laurynn,


I was under the impression that the InterVarsity Graduate Christian Fellowship's constitution had been updated with the Human Rights clause, and submitted to OrgSync on either the 1st or 2nd of June.  If this is not the case, I would appreciate if you would let me know as soon as possible, so that we can make the required changes.

Thank you,

Katrina

**From:** King, Laurynn L
**Sent:** Tuesday, June 12, 2018 9:15 AM
**To:** ▆▆▆▆▆▆▆ <▆▆▆▆▆@uiowa.edu>; ▆▆▆▆▆▆ <▆▆▆▆▆@uiowa.edu>
**Cc:** Schrock, Katrina N <▆▆▆▆▆@uiowa.edu>; ▆▆▆▆▆▆ <▆▆▆▆▆@uiowa.edu>; ▆▆▆▆ <▆▆▆▆@uiowa.edu>; ▆▆▆▆▆ <▆▆▆▆▆@uiowa.edu>; kkummer50@▆▆▆▆▆ Student Organization Help & Information <CSIL-Student-Org@uiowa.edu>
**Subject:** RE: InterVarsity Graduate Christian Fellowship Governing Documents

Thank you for your reply, ▆▆▆▆. It is important to keep your OrgSync profile updated with your new leadership team's contact information up-to-date, so we are able to reach out to the most current representatives.

Enjoy your day,

Laurynn

---

**Laurynn King**
*she, her, hers*

Administrative Services Coordinator
Center for Student Involvement & Leadership
lauryn-king@uiowa.edu
http://csil.uiowa.edu
Relator // Competition // Futuruistic // Woo // Belief

<image002.jpg>
157 Iowa Memorial Union
Iowa City, Iowa 52242-1317
319-335-3059 Fax 319-353-2245
getinvolved@uiowa.edu

---

**From:** ▆▆▆▆▆▆▆▆
**Sent:** Tuesday, June 12, 2018 9:11 AM
**To:** King, Laurynn L <lauryn-king@uiowa.edu>; ▆▆▆▆▆▆ <▆▆▆▆▆@uiowa.edu>
**Cc:** Schrock, Katrina N <▆▆▆▆▆@uiowa.edu>; ▆▆▆▆▆▆ <▆▆▆▆▆@uiowa.edu>; ▆▆▆▆ <▆▆▆▆@uiowa.edu>; ▆▆▆▆▆ <▆▆▆▆▆@uiowa.edu>; kkummer50@▆▆▆▆▆
**Subject:** Re: InterVarsity Graduate Christian Fellowship Governing Documents

Hi Laurynn,

We forwarded the original email to the current leadership team. Both ▆▆▆▆ and I are no longer serving on the team. I believe they were working on updating this information, but I have CC'd them on this email.

Thanks,

▮

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: "King, Laurynn L" <laurynn-king@uiowa.edu>
Date: 6/12/18 8:44 AM (GMT-06:00)
To: "▮" <▮@uiowa.edu>, "▮" <▮@uiowa.edu>
Subject: InterVarsity Graduate Christian Fellowship Governing Documents

▮ –

I am following up to several communications our office has sent regarding InterVarsity Graduate Christian Fellowship Governing Documents on campus. Our office has you listed as contacts for this student organization.

We've sent a few e-mails, and also left voicemails, over the past few months regarding the need to update the organization's governing documents to include the University of Iowa's Human Rights clause. **_The updated document(s) are due tomorrow, June 13th or your student organization will be placed on unregistered status._**

Please let me know a status update on these documents, or if you have any questions regarding the updates, and I can assist you.

Thank you in advance,

Laurynn

**Laurynn King**
*she, her, hers*

Administrative Services Coordinator
Center for Student Involvement & Leadership
laurynn-king@uiowa.edu

<image002.jpg>
157 Iowa Memorial Union
Iowa City, Iowa 52242-1317
319-335-3059 Fax 319-353-2245
getinvolved@uiowa.edu

http://csil.uiowa.edu
Relator // Competition // Futuruistic // Woo // Belief

Notice: This UI Health Care e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy all copies of the original message and attachments thereto. Email sent to or from UI Health Care may be retained as required by law or regulation. Thank you.