# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| INTERVARSITY GRADUATE CHRISTIAN FELLOWSHIP, and INTERVARSITY CHRISTIAN FELLOWSHIP/USA,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNIVERSITY OF IOWA; BRUCE HARRELD, in his official capacity as President of the University of Iowa and in his individual capacity; MELISSA S. SHIVERS, in her official capacity as Vice President for Student Life and in her individual capacity; WILLIAM R. NELSON, in his official capacity as Associate Dean of Student Organizations, and in his individual capacity; ANDREW KUTCHER in his official capacity as Coordinator for Student Organization Development; and THOMAS R. BAKER, in his official capacity as Student Misconduct and Title IX Investigator and in his individual capacity,<br><br>*Defendants*. | Case No. 3:18-cv-00080-SMR-SBJ<br><br><br><br>**MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL BY ATTORNEY DUMMERMUTH** |

Attorney Matt M. Dummermuth hereby files this Motion to Withdraw As Plaintiffs' Counsel in this case, and in support states as follows:

1. Undersigned counsel has been serving as Plaintiffs' Associate Counsel in this case since its inception. Undersigned counsel is filing this Motion to Withdraw as Counsel because he has accepted appointment to a position in the U.S. Department of Justice, and therefore is leaving the private practice of law and cannot continue to represent private clients.

2. Attorney Christopher D. Hagenow, another attorney in undersigned counsel's firm, will be taking over the duties of Associate Counsel in this case for Plaintiffs. Attorney Hagenow has already filed a written Notice of Appearance to do so in this case.

3. At the time this Motion to Withdraw is filed, opposing counsel will be electronically served a copy of this Motion to Withdraw. At the same time, undersigned counsel will serve a copy upon Plaintiffs as well.

4. A trial date in this case has not yet been set, and there are no pending motions before the Court.

5. The requirements for withdrawal of counsel under Local Rule 83(d)(6)(A) have been fully satisfied as set forth in paragraphs (2) through (4) of this Motion.

6. Undersigned counsel will be starting his new employment on September 10, 2018. Undersigned counsel requests the effective date of the withdrawal be no later than September 7, 2018, so that his representation is officially ended by the time he starts his new employment.

Wherefore, undersigned counsel hereby requests the Court grant his Motion to Withdraw as Counsel for Plaintiffs in the above-captioned matter effective September 7, 2018.

Respectfully submitted,

/s/ *Matt Dummermuth*
Matt M. Dummermuth
Hagenow Gustoff & Dummermuth, LLP
600 Oakland Rd. NE
Cedar Rapids, IA 52402
(319) 849-8390 phone
(888) 689-1995 fax
mdummermuth@whgllp.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF FILING AND SERVICE

I certify that on September 7, 2018, this document was electronically filed with the Clerk of Court using the CM/ECF system. I certify that to my knowledge a copy of this document will be served on the parties or attorneys of record by the ECF/Electronic Filing System.

*/s/ Matt Dummermuth*
Matt M. Dummermuth