**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| **INTERVARSITY CHRISTIAN FELLOWSHIP/USA, and INTERVARSITY GRADUATE CHRISTIAN FELLOWSHIP,** | **CASE NO. 3:18-CV-00080** |
| Plaintiffs, | |
| vs. | |
| **THE UNIVERSITY OF IOWA; BRUCE HARRELD,** in his official capacity as President of the University of Iowa and in his individual capacity; **MELISSA S. SHIVERS,** in her official capacity as Vice President for Student Life and in her individual capacity; **WILLIAM R. NELSON,** in his official capacity as Associate Dean of Student Organizations, and in his individual capacity; **ANDREW KUTCHER,** in his official Capacity as Coordinator for Student Organization Development; and **THOMAS R. BAKER,** in his official capacity as Student Misconduct and Title IX Investigator and in His individual capacity, | **DEFENDANTS' RULE 56(d) MOTION FOR CONTINUANCE** |
| Defendants. | |

**COME NOW** Defendants, by and through counsel, and submit their Rule 56(d) Motion for Continuance of the Court's consideration of Plaintiff's Motion for Partial Summary Judgment, and state to the Court as follows:

1. Plaintiff filed her Petition in this matter on August 6, 2018.

2. Defendants filed an Answer on October 19, 2018.

3. The Scheduling Order and Discovery Plan in this matter was not filed until November 2, 2018, and the Court entered its Scheduling and Trial Setting Order on November 7, 2018.

4. On December 13, 2018, prior to even exchanging Initial Disclosures, Plaintiff filed its Motion for Partial Summary Judgment, along with thousands of supporting documents.

5. Defendants moved for a short extension of time to resist Plaintiff's motion, and the Court granted Defendants' request.

6. On January 3, 2019, the Parties exchanged Initial Disclosures.

7. Upon review of Initial Disclosures and the voluminous documents provided alongside Plaintiff's Motion for Partial Summary Judgment, Defendants have determined that they are unable to present some facts essential to justify their opposition to Plaintiff's Motion. *See* Fed. R. Civ. P. 56(d).

8. As such, Defendants move the Court for a continuance on its consideration of Plaintiff's Motion for Summary Judgment until such time that Defendants have received Plaintiff's written discovery responses and have had the opportunity to depose crucial witnesses in the case.

**WHEREFORE,** Defendants pray the Court grant their motion for continuance under Federal Rule of Civil Procedure 56(d).

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 281-8583
FAX: (515) 281-7219
E-MAIL: George.carroll@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*

*Copy electronically served on all parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on January 11, 2019:

☐ U.S. Mail ☐ FAX
☐ Hand Delivery ☐ Overnight Courier
☐ Federal Express ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/Betty Christensen