# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| INTERVARSITY CHRISTIAN FELLOW-SHIP/ USA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNIVERSITY OF IOWA, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-cv-00080-SMR-SBJ<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs Intervarsity Christian Fellowship/USA and InterVarsity Graduate Christian Fellowship (collectively, InterVarsity) respectfully move this Court pursuant to Local Rule 7(h) for leave to file an over-length reply in support of its Motion for Summary Judgment.

(1) InterVarsity's opening brief in support of summary judgment was 26 pages in length.

(2) Defendants' resistance contained 31 pages of briefing.

(3) The parties' Statements of Facts, inclusive of both InterVarsity's Statement of Facts and Defendants' Statement of Additional Facts, along with the parties' respective responses and replies, total 97 pages in length.

(4) IVCF now requests an additional 9 pages, for a total of 14, to address the facts and claims at issue.

(5) Defendants consent to this motion.

IVCF respectfully requests leave to file the attached over-length reply brief in support of its Motion for Summary Judgment.

                                                        Respectfully submitted,

                                                        /s/ *Eric S. Baxter*
                                                        Eric S. Baxter*

*Lead Counsel*
Daniel H. Blomberg*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC, 20036
(202) 955-0095 PHONE
(202) 955-0090 FAX
*ebaxter@becketlaw.org*

Christopher C. Hagenow
Hagenow & Gustoff, LLP
600 Oakland Rd. NE
Cedar Rapids, IA 52402
(515) 868-0212 phone
(888) 689-1995 fax
*chagenow@whgllp.com*

**Counsel for Plaintiff**
\**Admitted pro hac vice*