**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | | |
|---|---|---|
| **INTERVARSITY CHRISTIAN FELLOWSHIP/USA, and INTERVARSITY GRADUATE CHRISTIAN FELLOWSHIP,** | ) ) ) ) | **CASE NO. 3:18-CV-00080** |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | |
| **THE UNIVERSITY OF IOWA; BRUCE HARRELD,** in his official capacity as President of the University of Iowa and in his individual capacity; **MELISSA S. SHIVERS,** in her official capacity as Vice President for Student Life and in her individual capacity; **WILLIAM R. NELSON,** in his official capacity as Associate Dean of Student Organizations, and in his individual capacity; **ANDREW KUTCHER,** in his official Capacity as Coordinator for Student Organization Development; and **THOMAS R. BAKER,** in his official capacity as Student Misconduct and Title IX Investigator and in His individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **DEFENDANTS' REPLY TO PLAINTIFF'S RESISTANCE TO FED. R. CIV. P. RULE 56(d) MOTION** |
| **Defendants.** | ) ) | |

**COME NOW** the Defendants and in Reply to Plaintiff's Resistance to Fed. R. Civ. P. Rule 56(d) Motion state:

1.  Defendants received Plaintiff's Motion for Partial Summary Judgment on December 13 2018 [Doc 21].

2.  Defendants requested an extension of time on December 19, 2018, to respond to Plaintiff's Motion for Partial Summary Judgement of up to and including January 15, 2019 [Doc 25].

1

3. Plaintiff now claims that the unopposed request for extension of time [Doc 25] did not include a Rule 56(d) motion.  Defendants' request the Court makes no such distinction and, in fact, Plaintiff did not object to the extension in any manner once it was granted by the Court.

4. The Court's Order states in part:

> As requested Defendants shall have until January 15, 2019 to respond to Plaintiff's Motion for Partial Summary Judgment [Doc 26].

5. Defendants filed a motion to continue pursuant to Fed. R. Civ. P. Rule 56(d) on January 11, 2019 [Doc 31].

6. Defendants have already addressed the other arguments raised in Plaintiff's Resistance.

**WHEREFORE**, Defendants request the Court to grant a Motion to Continue pursuant to Fed. R. Civ. P. 56(d).

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
PHONE:  (515) 281-8583
E-MAIL:  George.carroll@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.  Copy electronically served on all parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on February 5, 2019:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/Betty Christensen