**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

|  |  |
|---|---|
| **INTERVARSITY CHRISTIAN FELLOWSHIP/USA, and INTERVARSITY GRADUATE CHRISTIAN FELLOWSHIP,**<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**THE UNIVERSITY OF IOWA; BRUCE HARRELD, in his official capacity as President of the University of Iowa and in his individual capacity; MELISSA S. SHIVERS, in her official capacity as Vice President for Student Life and in her individual capacity; WILLIAM R. NELSON, in his official capacity as Associate Dean of Student Organizations, and in his individual capacity; ANDREW KUTCHER, in his official Capacity as Coordinator for Student Organization Development; and THOMAS R. BAKER, in his official capacity as Student Misconduct and Title IX Investigator and in His individual capacity,**<br><br>　　　　Defendants. | **CASE NO. 3:18-CV-00080**<br><br>**DEFENDANTS' RESISTANCE TO PLAINTIFF'S MOTION TO SUPPLEMENTAL STATEMENT OF FACTS AND APPENDIX** |

　　　　**COME NOW** the Defendants, The University of Iowa, Bruce Harreld, Melissa Shivers, William Nelson, Andrew Kutcher and Thomas Baker, and in resistance to Plaintiff's motion for leave to file supplemental appendix and statement of facts, state:

　　　　1.　　On December 13, 2018, Plaintiffs filed a motion for partial summary judgment. [Dkt 21].

1

2. On January 11, 2019, Defendants requested a motion to continue pursuant to rule 56(d) to file a resistance to Plaintiff's motion for partial summary judgment based on Rule 56(d). [Dkt. 31].

3. On January 22, 2019, Plaintiff's stated "there is no need for further development of the record to rule on the three claims raised in InterVarsity's motion for partial summary judgment. "Delay is particularly unwarranted in light of the sensitive First Amendment rights at issue." [Dkt. 37 at p. 14].

4. On January 24 2019, Plaintiff's filed a response in opposition to defendants' motion to continue rule 56(d), Plaintiff's note their "summary judgment motion has been fully briefed and argue a delay in the Court's consideration of the motion is "nonsensical" and will lead to unnecessary expense and a waste of judicial resources." [Dkt. 41 at pp. 7-9].

5. On March 12, 2019, the court granted Defendants up to and including April 11, 2019 for "the remaining discovery as specified by Defendants is the deposition of two witnesses." [Dkt. 46]. The two named Plaintiffs, Kumer and Schrock, depositions were taken March 22, 2019. However, Plaintiffs then requested the depositions of Shivers, Rule 30(b) and Kutcher after having previously indicated to the Court "there is no need for further development of the record to rule on the three claims raised in InterVarsity's motion for partial summary judgment. Delay is particularly unwarranted in light of the sensitive First Amendment rights at issue." [Dkt. 37 at p. 14].

6. Defendants served 5,507 documents in response to Plaintiff's discovery request. Plaintiffs had insisted "the relevant facts in both cases overlap substantially giving Defendants a full opportunity to develop a record on the identical legal issues." [Dkt. 41, p 8].

7. Plaintiff's filed a motion for leave to file supplemental appendix and supplemental statement of facts on June 28, 2019. [Dkt. 61]. Plaintiffs have a 103 page supplemental appendix based on Defendants discovery produced May 28, 2019, discovery Plaintiff's previously indicated to the court was basically unnecessary. Plaintiff's indicated "thus, all that remains are legal questions for the Court to decide. [Dkt. 41 at p. 8].

**WHEREFORE,** Defendants request the Court to deny Plaintiff's motion for leave to file a supplemental appendix and statement of facts.

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 281-8583
FAX: (515) 281-7219
E-MAIL: George.carroll@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on July 12, 2019:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ ECF System Participant (Electronic Service)
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/Betty Christensen