**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| **INTERVARSITY CHRISTIAN FELLOWSHIP/USA, and INTERVARSITY GRADUATE CHRISTIAN FELLOWSHIP,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**THE UNIVERSITY OF IOWA; BRUCE HARRELD,** in his official capacity as President of the University of Iowa and in his individual capacity; **MELISSA S. SHIVERS,** in her official capacity as Vice President for Student Life and in her individual capacity; **WILLIAM R. NELSON,** in his official capacity as Associate Dean of Student Organizations, and in his individual capacity; **ANDREW KUTCHER,** in his official Capacity as Coordinator for Student Organization Development; and **THOMAS R. BAKER,** in his official capacity as Student Misconduct and Title IX Investigator and in His individual capacity,<br><br>    Defendants. | CASE NO. 3:18-CV-00080<br><br><br><br><br><br><br>**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**COME NOW** the Defendants, the University of Iowa, Bruce Harreld, Melissa Shivers, William Nelson, Andrew Kutcher and Thomas Baker, and supplement the record as requested by the court and state:

1. Attached are exhibits A and B which document the University's compliance review process.

2. Love Works:

1

The registered student organization Love Works was first registered in the fall of 2016. At that time, it submitted compliant governing documents based on the requirement to include the University's Human Rights Clause, which is based on the Iowa Civil Rights Act. After the filing of the BLinC lawsuit and the issuance of the preliminary injunction, the University conducted a complete compliance review of all student organization constitutions. During the review of all student organization constitutions, Love Works included the Human Rights Clause, and there was no requirement to adhere to a specific religion, though references to religious figures were made in its constitution. University staff believed that since Love Works did not require adherence to a specific religion, its constitution was compliant with the Human Rights policy.

3. House of Lorde:

The registered student organization House of Lorde was not de-registered because it was deemed that they have compliant governing documents. Statements in the Pre-amble outline the purpose of the organization but do not list membership requirements for the organization. Therefore, anyone that supports the group's purpose can be a member of this group.

4. Multicultural Nursing Student Association:

The registered student organization Multicultural Nursing Student Association did not have compliant governing documents when the BLinC lawsuit was filed, but through our review they were notified of the non-compliance and submitted compliant governing docs on January 25, 2019. Therefore, anyone that supports the group's purpose can be a member of this group.

5. Hawkapellas:

The registered student organization Hawkapellas did not have compliant governing documents when the BLinC lawsuit was filed. They were made aware of their non-compliance.

They submitted compliant governing documents on June 12, 2018. Statements in the Pre-amble outline the purpose of the organization but do not list membership requirements for the organization. Therefore, anyone that supports the group's purpose can be a member of this group.

6. Chinese Students and Scholars:

The registered student organization Chinese Students and Scholars did not have compliant governing documents when the BLinC lawsuit was filed. They were made aware of their non-compliance. They submitted compliant governing documents on May 1, 2018. Therefore, anyone that supports the group's purpose can be a member of this group.

**7.** Women in Science and Engineering:

The registered student organization Women in Science and Engineering did not have compliant governing documents when the BLinC lawsuit was filed. They were made aware of their non-compliance. They submitted compliant governing documents on May 16, 2018. While membership encourages students to be women it does not require it. Therefore, anyone that supports the group's purpose can be a member of this group.

8. The Iowa Edge Student Organization:

The Iowa Edge Student Organization did not have compliant governing documents when the BLinC lawsuit was filed. They were made aware of their non-compliance. They submitted compliant governing documents on June 3, 2018. Statements in the Purpose outline the purpose of the organization but do not list membership requirements for the organization. Therefore, anyone that supports the group's purpose can be a member of this group.

9. Social Fraternities and Sororities:

The University has allowed social fraternities and sororities (but not professional/honor fraternities and sororities) to have single-gender membership requirements because of the Title IX exemption pursuant to 20 U.S.C. 1681(a)(6)(A), which allows social fraternities and sororities to limit membership on the basis of sex.  These national organizations have also provided federal guidance/interpretation letters from OCR supporting this Title IX exemption.

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
PHONE:  (515) 281-8583
FAX:  (515) 281-7219
E-MAIL:  George.carroll@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on September 26, 2019:

☐ U.S. Mail               ☐ FAX
☐ Hand Delivery           ☐ Overnight Courier
☐ Federal Express         ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/Betty Christensen