# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

| | |
|---|---|
| **INTERVARSITY CHRISTIAN FELLOWSHIP/USA, and INTERVARSITY GRADUATE CHRISTIAN FELLOWSHIP,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**THE UNIVERSITY OF IOWA; BRUCE HARRELD**, in his official capacity as President of the University of Iowa and in his individual capacity; **MELISSA S. SHIVERS**, in her official capacity as Vice President for Student Life and in her individual capacity; **WILLIAM R. NELSON**, in his official capacity as Associate Dean of Student Organizations, and in his individual capacity; **ANDREW KUTCHER**, in his official Capacity as Coordinator for Student Organization Development; and **THOMAS R. BAKER**, in his official capacity as Student Misconduct and Title IX Investigator and in his individual capacity,<br><br>    Defendants. | **CASE NO. 3:18-CV-00080**<br><br><br><br><br><br>**DEFENDANTS' REQUEST FOR STAY** |

On October 25, 2019, Defendants filed a Notice of Appeal of the Court's September 27, 2019 Order on the parties' cross-motions for summary judgment. The appeal has been accepted and docketed by the Court of Appeals and a briefing schedule has been set. Pursuant to the Court's October 30, 2019 Order, Defendants request a stay of any further District Court proceedings in this matter during the pendency of the appeal. Plaintiffs do not resist this request.

1

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
**Solicitor General of Iowa**

**/S/ GEORGE A. CARROLL**
**GEORGE A. CARROLL - AT0001493**
Assistant Attorney General
Hoover Building, Second Floor
Des Moines, Iowa 50319
PHONE: (515) 281-8583
FAX: (515) 281-7219
E-MAIL: george.carroll@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 13, 2019:

☐ U.S. Mail             ☐ FAX
☐ Hand Delivery         ☐ Overnight Courier
☐ Federal Express       ☐ Other
☒ CM/ECF

Signature: /s/ Meghan Jolly