# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3389

_____

Intervarsity Christian Fellowship/USA; Intervarsity Graduate Christian Fellowship

Plaintiffs - Appellees

v.

University of Iowa; Bruce Harreld, in his official capacity as President of the University of Iowa and in his individual capacity; Melissa S. Shivers, in her official capacity as Vice President for Student Life and in her individual capacity; William R. Nelson, in his official capacity as Associate Dean of Student Organizations and in his individual capacity; Andrew Kutcher, in his official capacity as Coordinator for Student Organization Development and in his individual capacity; Thomas R. Baker, in his official capacity as Student Misconduct and Title IX Investigator and in his individual capacity

Defendants - Appellants

------------------------------

Jewish Coalition for Religious Liberty

Amicus on Behalf of Appellee(s)

Asma T. Uddin

Amicus Curiae

State of Nebraska; State of Alabama; State of Alaska; State of Arizona; State of Arkansas; State of Indiana; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Oklahoma; State of South Carolina; State of South Dakota; State of Texas; State of Utah; The Navigators; Campus Crusade for Christ, Inc. (Cru); Foundation for Individual Rights in Education; The Cardinal Newman Society; Ethics and Religious Liberty Commission of the Southern Baptist Convention; The Lutheran Church-Missouri Synod; Religious Student Organizations; Christian Legal Society; Council for Christian Colleges & Universities

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:18-cv-00080-SMR)

_____

**JUDGMENT**

Before LOKEN, GRASZ and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 16, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans